IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHAD GOINS,<br>　　　Plaintiff, | Civil Action No. 7:21-cv-00146 |
| v. | **OPINION** |
| E. MILLER, et al,<br>　　　Defendant(s), | By:  James P. Jones<br>United States District Judge |

　　　Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to  42 U.S.C. §1983. On March 8, 2021, Plaintiff submitted with his complaint an inmate account report signed by the trust officer which included six-month statements; however, those were not all the required statements preceding the filing of the complaint which should have included the month of February. By order entered March 8, 2021, the court directed plaintiff to submit within 20 days from the date of the order a statement of assets, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

　　　More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

  The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

  ENTER: This 7th day of April, 2021.

                 /s/James P. Jones
                 United States District Judge